| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT** |
| 3 | **AND ASSOCIATES** <br> A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue <br> San Jose, California 95125-6011 |
| 5 | Telephone: (408) 295-7755 <br> Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CLAYTON O/B/O MARKELL MILES, | ) Case No. 2:18-cv-03097-AC ) |
| Plaintiff, | ) |
| v. | ) STIPULATION ~~AND PROPOSED~~ ORDER |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty-one (21) day extension of time until August 9, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before September 9, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (seventeen opening briefs and four reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: July 17, 2019 | /s/HARVEY P. SACKETT |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | KELLY CLAYTON O/B/O |
| 4 | | MARKELL MILES |
| 5 | | |
| 6 | Dated: July 17, 2019 | /s/MICHAEL K. MARRIOTT |
| | | MICHAEL K. MARRIOTT |
| 7 | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| 8 | IT IS ORDERED. | |

Dated: July 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER