1  HARVEY P. SACKETT (72488)

2  **SACKETT**
   **AND ASSOCIATES**

3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  San Jose, California 95125-6011
   Telephone: (408) 295-7755
5  Facsimile: (408) 295-7444

6  /as

7  Attorney for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  KELLY CLAYTON O/B/O          )   Case No. 2:18-cv-03097-AC
                                 )
13  MARKELL MILES,               )
                                 )
14        Plaintiff,             )
                                 )
15  v.                           )   STIPULATION AND ~~PROPOSED~~ ORDER
                                 )
16  ANDREW M. SAUL,              )
    Commissioner of Social Security, )
17                               )
                                 )
18        Defendant.             )
                                 )
19  _____)

20        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

21  Plaintiff shall have a thirty (30) day extension of time until September 8, 2019, in which to e-file

22  her Motion for Summary Judgment.  Defendant shall file any opposition, including cross-motion,

23  on or before October 8, 2019.  This extension is necessitated due to Plaintiff's counsel's

24  schedule of administrative hearing and district court briefs due (seventeen opening briefs and

25  four reply briefs due).  Plaintiff makes this request in good faith with no intention to unduly

26  delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

27

28

                                        1

STIPULATION AND ORDER

1   Dated:   August 8, 2019              /s/HARVEY P. SACKETT
2                                        HARVEY P. SACKETT
                                         Attorney for Plaintiff
3                                        KELLY CLAYTON O/B/O
                                         MARKELL MILES
4

5
    Dated:   August 8, 2019              /s/MICHAEL K. MARRIOTT
6                                        MICHAEL K. MARRIOTT
                                         Special Assistant U.S. Attorney
7                                        Social Security Administration

8   IT IS ORDERED.

9

10  Dated:   August 8, 2019

11                                       ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER