HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CLAYTON O/B/O MARKELL MILES, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-03097-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an eight (8) day extension of time until September 13, 2019, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before October 11, 2019. This extension is necessitated due to Plaintiff's counsel's schedule of administrative hearing and district court briefs due (seventeen opening briefs and four reply briefs due). Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: September 5, 2019 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | KELLY CLAYTON O/B/O |
| 4 | | MARKELL MILES |
| 5 | Dated: September 5, 2019 | */s/MICHAEL K. MARRIOTT* |
| 6 | | MICHAEL K. MARRIOTT |
| | | Special Assistant U.S. Attorney |
| 7 | | Social Security Administration |
| | | [*As authorized by email 9/5/19] |

IT IS ORDERED.

Dated: September 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER