McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY CLAYTON *obo* MARKELL M. MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-03097-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of a very heavy workload, including ten other district court due within the next month, as well as a Ninth Circuit responsive brief within the same timeframe.

Stip. to Extend Def.'s MSJ

1

| | |
|---|---|
| 1 | The new due date for Defendant's MSJ will be Thursday, November 14, 2019. |

Respectfully submitted,

Date: *October 15, 2019*     SACKETT & ASSOCIATES

By:    */s/ Harvey Peter Sackett\**
       HARVEY PETER SACKETT
       *\* By email authorization on October 15, 2019*
       Attorney for Plaintiff

Date: *October 15, 2019*     McGREGOR W. SCOTT
                                      United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: October 16, 2019

                               */s/ Allison Claire*
                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE