| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
|   | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| 6 |     San Francisco, California 94105 |
|   |     Telephone: (415) 977-8985 |
| 7 |     Facsimile: (415) 744-0134 |
|   |     E-Mail: Michael.Marriott@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| KELLY CLAYTON | ) | Civil No. 2:18-cv-03097-AC |
| *obo* MARKELL M. MILES, | ) | |
| | ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| Plaintiff, | ) | **FOR A SECOND EXTENSION OF TIME** |
| | ) | **FOR DEFENDANT TO FILE HER MSJ** |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 35 days to file her motion for summary judgment. The undersigned respectfully requests this extension of time because he has recent returned from a week of leave to attend a wedding and host visitors from Japan. In addition, the undersigned has scheduled use-or-lose leave from December 6 to December 10, and has a significant caseload pending, including a Ninth Circuit responsive brief.

1

The new due date for Defendant's MSJ will be Thursday, December 19, 2019.

Respectfully submitted,

Date: *November 15, 2019*     SACKETT & ASSOCIATES

By:  */s/ Harvey Peter Sackett\**
HARVEY PETER SACKETT
*\* By email authorization on November 15, 2019*
Attorney for Plaintiff

Date: *November 15, 2019*     McGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: November 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ